IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10178
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLO RENE LEON-MOLINA, also known as Guero,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-221-3-X
--------------------

August 24, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Carlo Rene Leon-Molina has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Leon-Molina has filed a brief in response and asks this court to appoint him a new attorney for appeal.

Our review of the brief filed by counsel, of Leon-Molina's response to that brief, and of the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities, Leon-Molina's motion for appointment of new counsel is DENIED, and the APPEAL IS DISMISSED.